UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-256-MOC

| | |
|---|---|
| KAREN M. NICHOLSON, | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) **ORDER** |
| ANDREW M. SAUL, Commissioner of Social Security, | ) |
| Defendant. | ) |

**UPON CONSIDERATION** of Defendant's Consent Motion for Entry of Judgment with Remand Under Sentence Four of 42 U.S.C. § 405(g), (Doc. No. 20), Plaintiff's consent to that motion, and the entire record in this case, Defendant's motion is **GRANTED**.

It is hereby **ORDERED** that the final decision of the Commissioner is reversed and that this matter is hereby remanded to the Commissioner for further proceedings, pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

To this extent, Plaintiff's pending Motion for Summary Judgment, (Doc. No. 19), is **DENIED** as moot.

Signed: March 22, 2021

Max O. Cogburn Jr.
United States District Judge